# UNITED STATES DISTRICT COURT

## for the

RECEIVED

_____ District of _____

JUL 0 9 2026

_____ Division

Clerk, U.S. District Court
Juneau, AK

Kevin

Scott Saline

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:26-cv-00016-SLG

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☒ Yes  ☐ No

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

Bureau of Indian Affairs
Sitka Tribe of Alaska
City + Boro of Sitka

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names. Do not include addresses here.)_

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Scott Saline_

Address _Box 3183_

_Sitka_ _AK_ _99835_
City        State        Zip Code

County

Telephone Number _907 738 7889_

E-Mail Address _shsaline@gci.net_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Bureau of Indian Affairs_

Job or Title (if known) _Tommy Andrew_

Address _tommy.andrew@bia.gov_

_ANCHORAGE_ _AK_ _99835_
City        State        Zip Code

County

Telephone Number

E-Mail Address (if known) _tommy.andrew@bia.gov_

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

Name _City + borrough of Sitka_

Job or Title (if known) _Rachel Jones_

Address

City        State        Zip Code

County

Telephone Number

E-Mail Address (if known)

☐ Individual capacity    ☒ Official capacity

Defendant No. 3

Name      Sitka tribe of Alaska

Job or Title *(if known)*      Realty office

Address      Sigianaka way

| Sitka | AK | 99835 |
|-------|-----|-------|
| City  | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☒ Official capacity

Defendant No. 4

Name      Tongass Federal Credit Union

Job or Title *(if known)*

Address

| Sitka | AK | 99835 |
|-------|-----|-------|
| City  | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.      Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.      Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fraud

C.      Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Fraud

tribe + BIA in trust for Bertram Kirkman Advertised 1140 sq ft for sale But did not proBate the tidelands included in description

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

City of Sitka did not disclose upon Recording my purchase of city tidelands into Saline Subdivision that tide lands still in lila Kirkmans name from 1956. City then comitted fraudulent inducement Requiring purchasing a parking lot Building Dock, installing fire sprinkler then deny construction of covered heated Dining Area

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Sitka Indian Village

B. What date and approximate time did the events giving rise to your claim(s) occur? Sitka # 2004-001788 -0
Starting 10/14/04 1107 am Recording Dist: 103

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
BIA + Sitka tribe held A Bid for 417 Katlian Street. I won, Upon purchase, encroachment on city tidelands Required me to purchase city tidelands, when city planner Recorded sale he saw tidelands never proBated But created Saline subdivision w/o informing me. then to comply w/ seating, city required I purchase lot Across the street for parking. Rezoned parking from R-1 to waterfront. city setBack then zoned my food trailer As A Building to obtain 13 from set Back to Allow drive up pick up window traffic lane. city then Required fire sprinkler installation. then city wouldn't Allow construction of heated dining Area within 20 of fOOD trailer. City required me to Build Deck that was only 22' Deep. this bankrupt me As no longer in compliance →

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

not Being in compliance I couldn't get any more loans, especially now Because middle of my property not in my name But Tongass/ALPS never told me about tidelands not proBated. I had to sell the parking lot. I had to sell haliBut qyota to attempt obtaining a permit to sell fish out my food trailer to survive selling fish. I Bought instead of fish I caught. As health + Age in question I transferred 417 Kattion to my kids and thats when I found out tidelands problem

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

BIA has many unproBated Clean houses + Restricted deeds in Sitka Indian village, Quiet title for all and helpby not comitting fraud.
Sitka tribe has harassed me and cost me alot I believe staff also knew they didnt proBate and used this fact to have staff fuck w/me As evil white guy stealing Indian property.
city of Sitka had a oBligation to tell me of tideland issues And made me Build my dock for 100K$ (in 2005) made trailer into aBuilding for Drive through window made me purchase a parking lot made me install fire sprinklers made me Buy additional tidelands then told me I cant Build persanant wooden structure within 20' of a food trailer...
I lost my haliBut qyota I lost my parking lot

I need quiet title and my qyota BACK and 1,000,000.⁰⁰

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9 Jul 26

Signature of Plaintiff

Printed Name of Plaintiff     Scott Kevin Saline

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address